LEWIS BRISBOIS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hassan H. Hashemi, *an individual*, <br><br> Plaintiff, <br><br> vs. <br><br> Board of Trustees of the California State University, *a state educational institution*, & Raman Unnikrishnan, *an individual*, <br><br> Defendants. | Case No.: SACV14-01184 JAK (CWx) <br><br> District Judge: Hon John A. Kronstadt <br> Courtroom: 750 <br><br> **JUDGMENT** <br><br> **JS-6** |

Pursuant to the Order granting Defendants' Motion to Dismiss the Fourth Amended Complaint with prejudice (Docket No. 89), IT IS HEREBY ADJUDGED that this action is dismissed on the merits, that Plaintiff recover nothing and that Defendants Raman Unnikrishnan, José Cruz, Mildred García, Lori Gentles and James Busalacchi, Jr. apply for an award of costs.

Dated: June 16, 2016

_____
Honorable John A. Kronstadt
United States District Judge